# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
CLIFFORD LAUGHTON, DECEASED.

No. 84084

ANN RAFAEL-STRAKA,

                Appellant,

vs.

RICHARD P. SCHULZE,

                Respondent.

**FILED**

JUL 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David A. Hardy, District Judge
       David Wasick, Settlement Judge
       Hutchison & Steffen, LLC/Las Vegas
       Dotson Law
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-21247